| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Davila, Edward J. | 2. Court or Organization U.S. District Court, Northern District, California | 3. Date of Report 05/15/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |
| 7. Chambers or Office Address 280 South First Street San Jose, CA 95113 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member, Parents Diversity Advisory Committee | ▓▓▓▓▓ |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 05/15/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2015 | CALIFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM - PENSION | $34,307.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | CALFORNIA PUBLIC EMPLOYEES RETIREMENT SYSTEM - PENSION |
| 2. | 2015 | COUNTY OF SANTA CLARA - SALARY |
| 3. | 2015 | STATE OF CALIFORNIA - SALARY |
| 4. | 2015 | REPLACEMENT BENEFIT FUND - PENSION |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 05/15/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Credit Card | K |
| 2. | Chase Bank | Mortgage on Second Property #1, Sunnyvale, CA | N |
| 3. | ▓▓ School: ▓▓▓▓▓▓ | Tuition | None |
| 4. | American Express | Credit Card | J |
| 5. | Capital One | Credit Card | J |
| 6. | ▓▓▓▓▓▓▓▓ | Tuition | None |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America | | None | J | T | | | | | |
| 2. Santa Clara County Federal Credit Union Accounts | A | Int./Div. | L | T | | | | | |
| 3. Chase Bank Account | | None | J | T | | | | | |
| 4. Investment Property, Sunnyvale, CA | | None | O | W | | | | | |
| 5. Utah Educational Savings Plan 529: Static Option A | A | Dividend | L | T | Buy | 12/31/15 | J | | See Note In Part VIII |
| 6. (H) ICMA - RC 457 Deferred Compensation Plan | | | | | | | | | |
| 7. VT Plus Fund | A | Dividend | J | T | | | | | |
| 8. T Rowe Price Instl Large-Cap Growth | D | Dividend | N | T | | | | | |
| 9. (H) Pershing Account #1 | | | | | | | | | |
| 10. Pershing Govt Account - Money Market Fund | A | Int./Div. | J | T | | | | | |
| 11. AMCAP Fund Class A, Mutual Fund | D | Dividend | L | T | | | | | |
| 12. American Balanced Fund Class A, Mutual Fund | B | Dividend | K | T | | | | | |
| 13. American High Income Trust Class A, Mutual Fund | D | Dividend | L | T | | | | | |
| 14. The Bond Fund of America Class A, Mutual Fund | A | Dividend | K | T | | | | | |
| 15. Capital Income Builder Fund Class C, Mutual Fund | B | Dividend | L | T | | | | | |
| 16. Capital World Bond Fund Class A, Mutual Fund | A | Dividend | K | T | | | | | |
| 17. Capital World Growth and Income Class A, Mutual Fund | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. Fundamental Investors Class A, Mutual Fund | A | Dividend | J | T | | | | | |
| 19. The Growth Fund of America Class A | C | Dividend | K | T | | | | | |
| 20. Voya Corporate Leaders 100 Fund, Mutual Fund (Formerly ING CorpLdr100) | A | Dividend | K | T | | | | | |
| 21. The Income Fund of America Class A, Mutual Fund | B | Dividend | K | T | | | | | |
| 22. International Growth and Income Fund Class A, Mutual Fund | A | Dividend | K | T | | | | | |
| 23. The Investment Company of America Class A, Mutual Fund | C | Dividend | L | T | | | | | |
| 24. New Perspective Fund Class A, Mutual Fund | D | Dividend | L | T | | | | | |
| 25. Carter Validus REIT | A | Dividend | J | T | | | | | |
| 26. KBS Real Estate REIT | A | Dividend | J | T | | | | | |
| 27. (H) Pershing Account #2 | | | | | | | | | |
| 28. Franklin Dynatech Fund Class A, Mutual Fund | A | Dividend | J | T | | | | | |
| 29. (H) Pershing Account #3 | | | | | | | | | |
| 30. Pershing Federated Government Reserves - Money Market | | None | J | T | | | | | |
| 31. Baron Growth Fund, Mutual Fund | A | Dividend | J | T | | | | | |
| 32. Dodge & Cox Stock Fund, Mutual Fund | A | Dividend | J | T | | | | | |
| 33. (H) Savings Plus 457 Plan | | | | | Open | 01/01/15 | K | | See Note in Part VIII |
| 34. Target Date Fund - 2020 | A | Dividend | K | T | Buy | 12/31/15 | K | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 05/15/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   Chase Private Client Accounts | A | Distribution | M | T | Open | 06/01/15 | M | | See Note in Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davila, Edward J. | 05/15/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII Investments and Trusts:

Line 5, Column A: Utah Educational Savings Plan 529: Static Option A: Utah Public Treasurers Investment Fund (no control)

Line 5, Column D: Utah Educational Savings Plan 529 - $300.00 contributions made to the account on a bi-weekly basis (did not add line-by-line detail of these transactions). Total value of all contributions for 2015 recorded in column D3.

Line 19, Column A: Name Change - Voya Coporate Leader 100 Fund (formerly ING Coporate Leaders 100 Fund)

Lines 6 & 7, Column A: ICMA - RC 457 Deferred Compensation Plan - VT Plus is the Money Market/Cash portion of the account, de minimis account value < $100.00 since inception (not previously reported).

Line 8, Column A: ICMA - RC 457 Deferred Compensation Plan - American Funds Growth Fund of America was exchanged for TRowe Price Instl Lrg-Cap Growth on 3/22/2013 and erroneously omitted from 2013 financial disclosure report. Updated 11/23/2015 to correctly report 2014 values on financial disclosure report.

Line 33: Savings Plus 457 Plan - New account opened in 2015, holdings of this account itemized on line 34

Line 34: Savings Plus 457 Plan - $2,000.00 contributions made to the account on a monthly basis (did not add line-by-line detail of these transactions). Total value of all contributions for 2015 recorded in column D3.

Line 35: Chase Private Client Accounts - New accounts opened in 2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edward J. Davila**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544